# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHAQUILL BESST

NO. 2024 KW 1120

**JANUARY 29, 2025**

---

In Re:    Shaquill Besst, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2202071.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED AS PREMATURE.** See **State v. Joseph,** 2023-0992 (La. App. 1st Cir. 4/19/24), 389 So.3d 201, 205. We take judicial notice of a pending hearing on relator's motion to reconsider. Following a decision on the motion, relator may file a new writ application with this court within the delays provided by Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT